SANDERSE v. YORKSHIRE REALTY & CONSTRUCTION CO. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Cornelius Sanderse against the Yorkshire Realty & Construction Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 145 N. Y. Supp. 1144.